UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADELINE IVY SMITH,

    Plaintiff,                                  Case No.  06-14960

v.                                         District Judge David M.  Lawson
                                            Magistrate Judge R.  Steven Whalen
MICHIGAN DEPARTMENT
OF HUMAN SERVICES,

    Defendant.

_____/

**ORDER GRANTING APPLICATION TO PROCEED
IN FORMA PAUPERIS**

      Before the Court is Plaintiff Madelina Ivy Smith's Application to Proceed In Forma Pauperis [Docket #2].  Having reviewed the Plaintiff's affidavit, the Court is satisfied that she is unable to pay the filing fee otherwise required.  Accordingly, pursuant to 28 U.S.C. § 1915(a), Plaintiff's Application [Docket #2] is GRANTED, and she will be permitted to commence and proceed with this suit without prepayment of filing fees.

      SO ORDERED.

                                                        S/R.  Steven Whalen
                                                        R.  STEVEN WHALEN
                                                        UNITED STATES MAGISTRATE JUDGE

Dated:  December 8, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the  foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on December 8, 2006.

S/G. Wilson
Judicial Assistant